IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON BOMPANE, | No. 3:22-cv-00357-AR |
|     Plaintiff, | ORDER |
| v. | |
| SHARON BROWN, NANCY RONAN, and WELLPATH LLC, | |
|     Defendants. | |

HERNÁNDEZ, District Judge:

    Magistrate Judge Armistead issued a Findings and Recommendation on January 5, 2023, in which he recommends that the Court grant Defendants' motion to dismiss. F&R, ECF 20. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Armistead's Findings and Recommendation [20]. Accordingly, Defendants' Motion to Dismiss [12] is GRANTED, and Plaintiff's Amended Complaint is dismissed without prejudice. Plaintiff may submit an amended complaint within 30 days of this Order.

IT IS SO ORDERED.

DATED:    February 24, 2023    .

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER