**Jonathan D. Ballard OSB # 230240**  
**Ross C. Taylor, OSB # 227035**  
heath@foxballard.com  
jonathan@foxballard.com  
ross@foxballard.com  
FOX BALLARD PLLC  
1325 Fourth Avenue, Suite 1500  
Seattle, WA 98101  
Telephone: 206.800.2727  
Fax: 206.800.2728  

*Attorneys for Defendants Wellpath LLC,*  
*Sharon Brown and Nancy Ronan*

Honorable Jeffrey J. Armistead

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JASON BOMPANE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLPATH, LLC, SHARON BROWN, and NANCY RONAN,<br><br>　　　　Defendants. | No. 3:22-cv-00357-AR<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

### STIPULATION

All parties hereby stipulate that any and all claims against Defendants WELLPATH, LLC, SHARON BROWN, and NANCY RONAN shall be dismissed with prejudice and without costs to any party and that the Order of Dismissal may be signed without notice of presentation.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL - 1



DATED this 4ᵗʰ of August, 2023.

| **FOX BALLARD PLLC** | **MACKE LAW OFFICES LLC** |
|---|---|
| | /s/ William J. Macke |
| *[signature]* | |
| Jonathan D. Ballard OSB # 230240 | William J. Macke, OSB #091793 |
| Ross C. Taylor, OSB # 227035 | Attorney for Plaintiff |
| Attorneys for Defendants Wellpath LLC, Sharon Brown and Nancy Ronan | |

STIPULATION AND ORDER OF DISMISSAL - 2

## ORDER OF DISMISSAL

Based on the stipulation of the parties, it is hereby ORDERED that any and all of claims in this action against Defendants WELLPATH, LLC, SHARON BROWN, and NANCY RONAN shall be DISMISSED WITH PREJUDICE and without fees or costs to any party.

DATED this 7th day of August, 2023.

_____
Honorable Jeff Armistead
United States Magistrate Judge

Presented By:

**FOX BALLARD PLLC**

_____
Jonathan D. Ballard, OSB # 230240
Ross C. Taylor, OSB # 227035
Attorneys for Defendants Wellpath LLC,
Sharon Brown and Nancy Ronan

Approved as to form by:

**MACKE LAW OFFICES LLC**

/s/ William J. Macke

_____
William J. Macke, OSB #091793
Attorney for Plaintiff



FoxBallard PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
T: (206) 800-2727